1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Gordon & Rees LLP**
**2211 Michelson Drive Suite 400**
**Irvine, CA 92612**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JAMES FINLEY, an individual; KIKI BALL, an individual,

                Plaintiffs,

   vs.

IC SYSTEM, INC., a Minnesota Corporation; and DOE INDIVIDUALS, inclusive, and each of them,

                Defendant.

CASE NO.  2:16-cv-02968-JAM-KJN

**ORDER RE STIPULATION TO EXTEND I.C. SYSTEM, INC'S TIME TO FILE RESPONSIVE PLEADINGS**

      The Stipulation submitted by Plaintiffs, James Finley and Kiki Ball, and Defendant, I.C. System, Inc. is GRANTED AS FOLLOWS:

      The deadline for Defendant I.C. System, Inc. to file responsive pleadings is extended to February 19, 2017.

      IT IS SO ORDERED.

Dated: 1/20/2017

/s/ John A. Mendez
United States District Court Judge

-1-